UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anastasia Vitkina,

        Plaintiff,

—v—

Abraham Benalloul,

        Defendant.

19-cv-3262 (AJN)

ORDER

NOV 2 0 2019

ALISON J. NATHAN, District Judge:

On October 28, 2019 Plaintiff filed a motion to extend time to complete service *nunc pro tunc* and for costs incurred in serving Defendant pursuant to Federal Rule of Civil Procedure 4(d)(2). Dkt. No. 15. As of the date of this Order, Defendant has not responded to Plaintiff's motion. Defendant shall file his opposition, if any, by November 25, 2019. Plaintiff shall file her reply, if any, by December 4, 2019. At that time, the motion will be deemed fully briefed.

SO ORDERED.

Dated: November 20, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge