UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Anastasia Vitkina,

        Plaintiff,

—v—

Abraham Benalloul,

        Defendant.

19-cv-3262 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in the above-captioned action is scheduled for November 21, 2019 at 3 p.m. Dkt. No. 12. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference, or November 14, 2019. Dkt. No. 8. The Court has only received a proposed case management plan. The parties are therefore ordered to submit their joint letter no later than 12:00 p.m. on November 21, 2019.

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1